

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

Writer's Direct Dial: (212) 416-8548

October 28, 2025

**BY ECF**

Honorable Colleen McMahon  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

*The Rule 16 conference is adjourned to December 11, 2025 at 10:00 Am*

Re:   Vallely v. New York State Department of Health  
      25-cv-07868 (CM)

Dear Judge McMahon:

    This Office ("OAG") represents Defendant New York State Department of Health ("DOH") in the above-referenced action. On September 25, 2025, the Court scheduled an initial pretrial conference for November 13, 2025. *See* ECF No. 21. DOH then requested an adjournment of the response deadline for Defendants to December 1, 2025, as well as an adjournment of the initial pretrial conference until after December 1, 2025 (ECF No. 23). On October 14, 2025, the Court endorsed DOH's letter, stating "OK-extension granted" (ECF No. 24), and the subsequent minute order reset the deadline for each Defendant to respond to the complaint to December 1, 2025, but did not address the pretrial conference.

    I write to renew DOH's request that the pretrial conference be adjourned until after December 1, 2025, and make this application in light of the Court's Order Scheduling an Initial Pretrial Conference in this Action. *See* ECF 21 § 2 ("If the parties request an extension of time to file an answer or a motion and an initial pretrial conference has been scheduled, the Court's grant of the extension of time to answer or move does not postpone or adjourn the conference, unless specifically stated by the Court"). Counsel for Plaintiff has consented to the request.

    Plaintiff has named eight individuals who are or were employees of DOH.[1] Each of them has requested representation from the OAG pursuant to New York Public Officers Law § 17, which requires this Office to determine "based upon [its] investigation and review of the facts and circumstances of the case" whether representation by the OAG would be appropriate. I am actively conducting these investigations, and we are in the process of making the required representation determinations, but this process is not yet complete. To ensure that the interests of each individual

---

[1] The individual defendants are Danny Vazquez, Michael Shelhamer, Frederick Boettcher, Daniel Lombardo, Anthony Logozzo, Nekiesha Henry, Mary Sutphen, and John Heaphy.

Honorable Colleen McMahon
October 28, 2025

Page 2 of 2

defendant are properly represented at the initial pretrial conference, we respectfully request that it be adjourned until after December 1, 2025, when we expect that the OAG will have made representation determinations and Defendants will have responded to the Complaint.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/ Heather J. Nelson
Heather J. Nelson
Assistant Attorney General

cc:   Parties of Record (by ECF)